# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                            NO. 4:09CR00135-001 SWW

ANTHONY GENE MAYS

### ORDER

Pending before the Court is government's motion for dismissal of the indictment against defendant, Anthony Gene Mays, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #21] for dismissal of the indictment against the above-named defendant be ***granted***, and the indictment pending against defendant ***Anthony Gene Mays*** is ***dismissed without prejudice***.

DATED this 22nd day of February 2010.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE